**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GRIGORII FEDOROV

    Petitioner,

   v.

WARDEN ADELANTO ICE
PROCESSING CENTER, et al.,

    Respondents.

) Case No. 5:25-cv-01956-JLS-SP
)
)
)
)  **ORDER ACCEPTING FINDINGS
)  AND RECOMMENDATION OF
)  UNITED STATES MAGISTRATE
)  JUDGE**
)
)
)
)

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

  IT IS THEREFORE ORDERED that Judgment will be entered denying the Petition and dismissing this action without prejudice.

Dated: February 20, 2026

              _____

            HONORABLE JOSEPHINE L. STATON
            UNITED STATES DISTRICT JUDGE