# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GRIGORII FEDOROV,

Petitioner,

v.

WARDEN ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

Case No. 5:25-cv-01956-JLS-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: February 20, 2026

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE